```
UNITED STATES DISTRICT COURT                           USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                          DOCUMENT
-------------------------------------------------------X  ELECTRONICALLY FILED
 ZAHIRAH MEDINA,                                  :    DOC #:_____
                              Plaintiff,          :    DATE FILED: 11/5/2020
                                                  :
            -against-                             :
                                                  :    20-CV-797 (VEC)
                                                  :
 THE CITY OF NEW YORK, GORDON'S AUTO              :          ORDER
 SALES, LLC, New York City Police Department      :
 Officer CHRISTOPHER WINTERMUTE Shield            :
 No. 3805, and Police Officers JOHN DOES 1, 2, 3, :
 etc. (the name John Doe being fictitious as the true :
 names of said officers are currently not known), all :
 of whom are sued in their individual capacities, :
                                                  :
                              Defendants.         :
-------------------------------------------------------X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS Plaintiff filed this lawsuit on January 29, 2020 (Dkt. 1);

WHEREAS on June 22, 2020, Plaintiff filed an affidavit reflecting timely service of a summons and the Complaint on Defendant Gordon's Auto Sales, LLC, (Dkt. 21);

WHEREAS Defendant failed to appear, answer, or otherwise respond to the Complaint by the July 24, 2020 deadline to do so, *see* Fed. R. Civ. P. 12(a)(1);

IT IS HEREBY ORDERED:  No later than **December 7, 2020**, Plaintiff must apply for a default judgment against Defendant Gordon's Auto Sales, LLC, consistent with the procedures described in Attachment A to the undersigned's Individual Practices in Civil Cases.

**SO ORDERED.**

Date:  November 5, 2020                              _____
       New York, NY                                  **VALERIE CAPRONI**
                                                     **United States District Judge**