**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------ X

ZAHIRAH MEDINA,

                        Plaintiff,

     -against-

THE CITY OF NEW YORK, GORDON'S AUTO
SALES, LLC, New York City Police Department
Officer CHRISTOPHER WINTERMUTE Shield
No. 3805, and Police Officers JOHN DOES 1, 2, 3,
etc. (the name John Doe being fictitious as the true
names of said officers are currently not known), all
of whom are sued in their individual capacities.

                        Defendants.

------------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/15/2021

~~[PROPOSED]~~

**JUDGMENT BY DEFAULT**

**20-cv-00797 (VEC)**

       **WHEREAS**, on January 29, 2020 (Dkt. No. 1), Plaintiff Zahirah Medina commenced

this civil action against the above-named defendant, GORDON'S AUTO SALES, LLC, by filing

of the Summons and Complaint, and;

       **WHEREAS**, pursuant to an extension of time by which to serve granted by the Court,

(Dkt. No. 20), a copy of the Summons and Complaint was timely served upon Defendant

GORDON'S AUTO SALES, LLC *via* the Secretary of State of the State of Georgia, and an

affidavit of service filed on the docket on June 22, 2020 (Dkt. No. 21);

       **WHEREAS**, on November 25, 2020, Ruby Krajick, the Clerk of the Court for the

Southern District of New York, issued a Certificate of Default, and;

       **WHEREAS**, no claims or answers have been filed or made in this judicial action by

Defendant GORDON'S AUTO SALES, LLC, and the requisite time periods having expired; it is

hereby

**ORDERED, ADJUDGED AND DECREED**: That the Plaintiff have judgment against Defendant GORDON'S AUTO SALES, LLC, in an amount to be determined at Inquest held at the time of trial, with interest commencing today plus attorneys' fees, costs, and disbursement of this action.

Dated:   New York, New York
_____, 202\_

SO ORDERED:

_____
HONORABLE VALERIE E. CAPRONI
UNITED STATES DISTRICT JUDGE                1/15/2021