MEMO ENDORSED

# BELDOCK LEVINE & HOFFMAN LLP
## 99 PARK AVENUE, PH/26TH FLOOR
## NEW YORK, N.Y. 10016

JONATHAN MOORE
DAVID B. RANKIN
LUNA DROUBI
MARC A. CANNAN
CYNTHIA ROLLINGS
JONATHAN K. POLLACK
HENRY A. DLUGACZ
STEPHEN J. BLUMERT
MYRON BELDOCK (1929-2016)
LAWRENCE S. LEVINE (1934-2004)
ELLIOT L. HOFFMAN (1929-2016)

TEL: (212) 490-0400
FAX: (212) 277-5880
WEBSITE: blhny.com

COUNSEL
BRUCE E. TRAUNER
PETER S. MATORIN
KAREN L. DIPPOLD
MARJORY D. FIELDS
EMILY JANE GOODMAN
   (JUSTICE NYS SUPREME COURT, RET.)
FRANK HANDELMAN

June 4, 2021

REF:
842300.00001
WRITER'S DIRECT CONTACT:
212-277-5816
marena@blhny.com

**VIA ECF**
Honorable Judge Valerie E. Caproni
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/4/2021

Re:   *Medina v. City of New York et al.*, 20-cv-00797 (VEC)

Dear Judge Caproni:

This firm represents Plaintiff Zahirah Medina in the above-referenced action. We write pursuant to the Court's Individual Rule of Practice 2C. to request a two-week extension of time by which to file Plaintiff's motion for inquest pursuant to the Court's April 29, 2021 Opinion and Order. (Dkt. No 53). Plaintiff's motion is due by June 4, 2021. (Dkt. No. 55). This is Plaintiff's second request for an extension to file the motion for inquest.

The reason for this request is to allow Plaintiff additional time to compile documentation of damages and to execute an affidavit in support. The necessity of this same-day request is due to scheduling only recently preventing finalization of the supporting papers. As such, Plaintiff respectfully requests a two-week extension of time and proposes that Plaintiff's motion for inquest be filed on or before June 18, 2021.

We thank the Court for its attention to this matter.

Respectfully submitted,

Marc Arena

cc:   All counsel (by ECF)

Application GRANTED. No further extensions will be granted absent extraordinary circumstances.

SO ORDERED.

*Valerie Caproni* (signature)

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE       6/4/2021